**Order entered March 9, 2015**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00101-CR

### NATALIO JUAREZ, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-30483-Y**

### ORDER

The Court **REINSTATES** the appeal.

On January 20, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty days from the February 19, 2015 findings to file appellant's brief.

Accordingly, we **ORDER** appellant to file his brief by **MARCH 23, 2015**. We note appellant's brief was originally due November 21, 2015 and appellant has already been granted one thirty-day extension of time to file his brief. The brief was one month overdue from that

extension period when the appeal was abated. Therefore, no further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will utilize the available remedies to obtain the brief, which may include ordering Nanette Hendrickson removed as counsel and that the trial court appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Nanette Hendrickson; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/      ADA BROWN
         JUSTICE